693 A.2d 582

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Michael Robert GREEN, Respondent.**

**No. 316 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

March 20, 1997.

*ORDER*

PER CURIAM:

AND NOW, this 20th day of March, 1997, there having been filed with this Court by Michael Robert Green his verified Statement of Resignation stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of Michael Robert Green be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.